DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

```
✓ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         OCT - 7 2014

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-cv-01649-JAD-GWF |
| HEALTH FORMULAS, LLC, *et al.*, | ) |
| Defendants. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Shameka L. Walker and Danielle Estrada to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Shameka L. Walker and Danielle Estrada are attorneys with the Federal Trade Commission, an agency of the federal government. Ms. Walker is an active member in good standing of the Bars of the District of Columbia (No. 493891) and State of New York (No. 4289682). Ms. Estrada is an active member in good standing of the Bar of the District of Columbia (No. 494517).

The following contact information is provided to the Court:

Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC 20580
202-326-3395 (Fax)

Shameka L. Walker
swalker@ftc.gov
202-326-2570

Danielle Estrada
destrada@ftc.gov
202-326-2630

Accordingly, the United States respectfully requests that the Court admit Shameka L. Walker and Danielle Estrada to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 7th day of October 2014.

DANIEL G. BOGDEN
United States Attorney

/s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

/s/ George Foley Jr.
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: October 9, 2014