# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:14-cv-1649-RFB-GWF |
| Plaintiff, | |
| v. | ORDER EXTENDING TEMPORARY RESTRAINING ORDER THROUGH DECEMBER 15, 2014 |
| HEALTH FORMULAS, LLC, *et al.*, | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT** the Temporary Restraining Order entered on October 9, 2014 as Document 12 (the "TRO") shall be extended through the date of the Preliminary Injunction hearing on December 15, 2014 as to Danelle Miller, Jason Miller, and the Corporate Defendants as defined in the TRO, except for Chapnick, Smukler & Chapnick, Inc. As to defendants Chapnick, Smukler & Chapnick, Inc., Brandon Chapnick and Keith Smukler, the TRO has been superseded by the stipulated Preliminary Injunction that this Court issued on November 17, 2014 as Document 61.

**IT IS SO ORDERED:**

_____
THE HONORABLE RICHARD BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: November 18, 2014.