Rachel Hirsch *(Admitted Pro Hac Vice)*
Sarah Koch *(Admitted Pro Hac Vice)*
IFRAH PLLC
1717 Pennsylvania Avenue, Suite 650
Washington, D.C. 20006
Telephone: 202-524-4140
Facsimile: 202-524-4141
Email:  rhirsch@ifrahlaw.com
        skoch@ifrahlaw.com

Greg Brower
Nevada Bar No. 5232
Carrie L. Parker
Nevada Bar No. 10952
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: gbrower@swlaw.com
       cparker@swlaw.com

*Attorneys for the Miller Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH FORMULAS, LLC, *et al.*<br><br>Defendants. | Case No. 2:14-CV01649-RFB-GWF<br><br>**MILLER DEFENDANTS' MOTION FOR ORDER SHORTENING TIME TO RESPOND TO THEIR MOTION FOR RELIEF COMPELLING SALE OF VEHICLE AND RELEASE OF SHORTAGE OF FUNDS**<br>**(FIRST REQUEST)** |

Pursuant to Local Rule 6-1, Defendants Danelle Miller and Jason Miller (the "Miller Defendants"), by and through their undersigned counsel, hereby move this Court for the entry of an Order shortening time to respond to their Motion for Relief filed January 27, 2015 (Docket No. 106). The Motion for Relief asks this Court to order the Receiver and Federal Trade Commission

("FTC") to consent to the Miller Defendants' sale of their 2013 Ferrari 458 Spyder (the "Vehicle"). The Motion for Relief additionally requests that the Receiver and FTC release funds sufficient to cover any shortage incurred by the sale from the Miller Defendants' frozen assets.

The Miller Defendants respectfully request an order shortening time to respond to the Motion for Relief because the Miller Defendants currently have a time-sensitive offer pending on the sale of the Vehicle. Specifically, the Miller Defendants have received a $260,000 cash offer from a buyer in Arizona who is ready to close the deal and wire funds at any time. If the Motion for Relief were permitted to operate on the usual motions schedule, it is unlikely that the prospective buyer's offer will still be on the table by the time the court rules on the Motion for Relief. Additionally, it is likely that the car will be repossessed by the lien holder, Ally Bank, if the Miller Defendants are not able to promptly sell the Vehicle.

For the foregoing reasons, the Miller Defendants respectfully ask this Court to enter an Order scheduling the FTC and Receiver to file their responses no later than Friday, January 30, 2015, and for the Miller Defendants to file their reply no later than Tuesday, February 3, 2015.

DATED January 27, 2015

By: */s/ Rachel Hirsch*
Rachel Hirsch (*Admitted Pro Hac Vice*)
Sarah Koch    (*Admitted Pro Hac Vice*)
IFRAH PLLC
1717 Pennsylvania Avenue
Suite 650
Washington, D.C. 20006
Telephone: 202-524-4140
Email: rhirsch@ifrahlaw.com
skoch@ifrahlaw.com


Greg Brower, Nevada Bar No. 5232
Carrie L. Parker, Nevada Bar No. 10952
SNELL & WILMER LLP
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775.785.5440
Email: gbrower@swlaw.com
cparker@swlaw.com

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 27, 2015, I caused a copy of the foregoing pleading to be submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

*s/ Rachel Hirsch*
Rachel Hirsch

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

HEALTH FORMULAS, LLC, *et al.*

        Defendants.

Case No. 2:14-CV01649-RFB-GWF

## ORDER

Having considered the Motion to Shorten Time filed by Danelle Miller and Jason Miller (the "Miller Defendants"), it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that any Response filed by the Federal Trade Commission and the Receiver in response to the Miller Defendants' Motion for Relief (Docket No. 106) shall be filed no later than Friday, January 30, 2015; and it is further

ORDERED that the Miller Defendants' Reply in Support of their Motion for Relief shall be filed no later than Tuesday, February 3, 2015.

        APPROVED:

        DATED this 28th day of January, 2015.

        _____
        RICHARD F. BOULWARE, II
        United States District Judge