DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | )<br>) |
| Plaintiff, | ) Case No. 2:14-cv-01649-RFB-GWF<br>) |
| v. | )<br>) |
| HEALTH FORMULAS, LLC, *et al*., | )<br>) |
| Defendants. | )<br>) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Melissa Dickey to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

Melissa Dickey is an attorney with the Federal Trade Commission, an agency of the federal government. Ms. Dickey is an active member in good standing of the Bars of Illinois (No. 6282751) and Washington DC (No. 493676).

The following contact information is provided to the Court:

Melissa Dickey
Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC 20580
202-326-2662 (Tel)
202-326-3395 (Fax)
Email: mdickey@ftc.gov

Accordingly, the United States respectfully requests that the Court admit Melissa Dickey to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 20th day of April 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

_GEORGE FOLEY, JR._
United States Magistrate Judge
DATED: April 27, 2015

**PROOF OF SERVICE**

I, Blaine Welsh, certify that the following individuals were served the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICTOF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on this date by the below identified method of service:

**Electronic Case Filing:**

Adam Pines    apines@manatt.com

C. Stanley Hunterton    shunterton@huntertonlaw.com

Carrie L. Parker    cparker@swlaw.com
Craig S Denney    cdenney@swlaw.com
Gregory A Brower    gbrower@swlaw.com

Gary Owen Caris    gcaris@mckennalong.com
Lesley Anne Hawes    lhawes@mckennalong.com

Rachel Hirsch    rhirsch@ifrahlaw.com
Sarah Koch    skoch@ifrahlaw.com

Randolph L. Howard    rhoward@klnevada.com
Shlomo S. Sherman    ssherman@klnevada.com

Dated this 20th day of April 2015.

                                    */s/ Blaine T. Welsh*
                                    BLAINE T. WELSH
                                    Assistant United States Attorney

3