1  RANDOLPH L. HOWARD (Nev. SBN 006688)
    rhoward@klnevada.com
2  SHLOMO S. SHERMAN (Nev. SBN 009688)
    ssherman@klnevada.com
3  KOLESAR & LEATHAM, CHTD.
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, NV 89145
   Telephone: 702.362.7800
5  Facsimile: 702.362.9472

6  GARY OWEN CARIS (Cal. SBN 088918)
    gcaris@mckennalong.com
7  LESLEY ANNE HAWES (Cal. SBN 117101)
    lhawes@mckennalong.com
8  McKENNA LONG & ALDRIDGE LLP
   300 South Grand Avenue, 14th Floor
9  Los Angeles, California 90071
   Telephone: 213.688.1000
10 Facsimile: 213.243.6330

11 Attorneys for Receiver
   **ROBB EVANS & ASSOCIATES LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH FORMULAS, LLC, a California limited liability company, also doing business as SIMPLE PURE NUTRITION, et al.,<br><br>Defendants. | Case No. 2:14-cv-01649-RFB-GWF<br><br>[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL AND PAYMENT OF FEES AND EXPENSES OF THE RECEIVER AND ITS PROFESSIONALS FOR THE PERIOD FROM NOVEMBER 1, 2014 THROUGH JANUARY 31, 2015 AND FOR LIMITED NOTICE UNDER LOCAL RULE 66-5 |

The matter of the Motion for Approval and Payment of Fees and Expenses of the Receiver and Its Professionals for the Period from November 1, 2014 Through January 31, 2015 and for Order Granting Limited Notice Under Local Rule 66-5 ("Fee Motion") filed by Robb Evans & Associates LLC, the Temporary Receiver ("Receiver") appointed under the Court's Order Granting

USW 804964045.1

Ex Parte Motion for Temporary Restraining Order (#5) and Appointing Receiver (#9) ("Temporary Restraining Order") issued October 9, 2014 (Doc. No. 12) and the Receiver appointed under the Stipulated Preliminary Injunction as to Defendants Chapnick, Smukler & Chapnick, Inc., Brandon Chapnick and Keith Smukler ("Stipulated Preliminary Injunction") issued November 17, 2014 (Doc. No. 61), came on regularly for determination before the Honorable Richard F. Boulware, II. The Court having reviewed the Fee Motion, and oppositions or responses to the Motion, if any, and good cause appearing therefor,

IT IS ORDERED that:

1. The Fee Motion and all relief sought therein is hereby granted;

2. Without limiting the generality of the foregoing:

A. The receivership fees and expenses incurred for the period from November 1, 2014 through January 31, 2015 ("Expense Period"), including the fees of the Receiver, the Receiver's members, deputies, agents, staff and professionals, and costs incurred during the Expense Period in the total sum of $222,926.80, are hereby approved and authorized to be paid, including the fees of the Receiver, its members, deputies, agents and staff in the sum of $144,486.65, the Receiver's expenses in the sum of $3,081.76, and the Receiver's legal fees and expenses in the total sum of $75,358.94, including fees of $68,204.70 and expenses of $2,612.86 for a total of $70,817.56 incurred for the services of the Receiver's lead counsel McKenna Long & Aldridge LLP, and fees of $3,150.00 and expenses of $1,391.38 for a total of $4,541.38 the services of the Receiver's local counsel in Nevada, Kolesar & Leatham, Chtd.;

B. The total Receiver's fees and expenses of $222,926.80 incurred during the Expense Period shall be paid from the following sources: (1) from funds transferred into the estate from accounts of defendant Chapnick, Smukler & Chapnick, Inc. ("CSC"), (i) 10% of the fees of the Receiver and its professionals incurred for services rendered in November 2014 ($9,426.69); (ii) Receiver's fees incurred for the services of the Receiver's deputy Flora Jen only for the months of December 2014 and January 2015 ($9,105.30); and (iii) 5% of the fees and costs incurred for the services of the Receiver's lead and local counsel for the entire Expense Period ($3,767.95); and (2) from the remaining receivership estate funds other than funds transferred into the estate from

1  accounts of defendant CSC, all remaining Receiver's fees and expenses approved and authorized
2  to be paid pursuant to this Order; and

3      C.    Notice of the Fee Motion is hereby deemed to be sufficient under Local Civil Rule
4  66-5 based on the Receiver's service of the Notice of Filing of the Fee Motion and the Fee Motion
5  on all parties and service of the Notice of Filing of the Fee Motion on all known non-consumer
6  creditors of the estate concurrent with the filing of the Fee Motion with the Court.

8  Dated: June 15, 2015.

                              RICHARD F. BOULWARE, II
                              United States District Court Judge

McKenna Long &
Aldridge LLP
Los Angeles

USW 804964045.1                        3