SHLOMO S. SHERMAN (Nev. SBN 009688)
ssherman@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: 702.362.7800
Facsimile: 702.362.9472

GARY OWEN CARIS
gary.caris@dentons.com
LESLEY ANNE HAWES
lesley.hawes@dentons.com
DENTONS US LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071, United States
Telephone: 213.688.1000
Facsimile: 213.243.6330

Attorneys for Receiver
**ROBB EVANS & ASSOCIATES LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:14-cv-01649-RFB-GWF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL AND PAYMENT OF FEES AND EXPENSES OF THE RECEIVER AND ITS PROFESSIONALS FOR THE PERIOD FROM FEBRUARY 1, 2015 THROUGH AUGUST 31, 2015 AND FOR ORDER GRANTING LIMITED NOTICE UNDER LOCAL RULE 66-5** |
| v. | |
| HEALTH FORMULAS, LLC, a California limited liability company, also doing business as SIMPLE PURE NUTRITION, et al., | |
| Defendants. | |

The matter of the Motion for Approval and Payment of Fees and Expenses of the Receiver and Its Professionals for the Period from February 1, 2015 Through August 31, 2015 and for Order Granting Limited Notice Under Local Rule 66-5 ("Fee Motion") filed by Robb Evans & Associates LLC ("Receiver"), initially appointed Temporary Receiver ("Receiver") in this action pursuant to the Court's Order Granting Ex Parte Motion for Temporary Restraining Order (#5) and Appointing Receiver (#9) ("Temporary Restraining Order") issued October 9, 2014 (Doc. No. 12)

1  and whose appointment was continued under the Stipulated Preliminary Injunction as to
2  Defendants Chapnick, Smukler & Chapnick, Inc., Brandon Chapnick and Keith Smukler
3  ("Stipulated Preliminary Injunction") issued November 17, 2014 (Doc. No. 61) and the Court's
4  Opinion and Order ("Miller Preliminary Injunction") issued May 6, 2015 (Doc. No. 149), came on
5  regularly for determination before the Honorable Richard F. Boulware, II, United States District
6  Judge presiding. The Court having reviewed the Fee Motion, and oppositions or responses to the
7  Motion, if any, and good cause appearing therefor,
8       IT IS ORDERED that:
9       1.    The Fee Motion and all relief sought therein is hereby granted;
10      2.    Without limiting the generality of the foregoing:
11      A.    The receivership fees and expenses incurred for the period from February 1, 2015
12  through August 31, 2015 ("Expense Period"), are approved and authorized to be paid, including
13  the fees of the Receiver, the Receiver's members, deputies, agents, staff and professionals, and
14  costs incurred during the Expense Period in the total sum of $189,701.72, including the fees of the
15  Receiver, its members, deputies, agents and staff in the sum of $68,008.78, the Receiver's
16  expenses in the sum of $56,334.50, including the fees and expenses for tax preparation incurred to
17  the Receiver's accountants Squar, Milner, Peterson, Miranda & Williamson, LLP, and the
18  Receiver's legal fees and expenses in the total sum of $65,358.44, including fees of $62,545.95
19  and expenses of $2,153.44 for a total of $64,699.39 incurred for the services of the Receiver's lead
20  counsel Dentons US LLP, and fees of $337.50 and expenses of $321.55 for the services of the
21  Receiver's local counsel in Nevada, Kolesar & Leatham, Chtd., in the total sum of $659.05;
22      B.    The total Receiver's fees and expenses of $189,701.72 incurred during the Expense
23  Period shall be paid as follows: (1) the following shall be allocated to and paid from funds
24  transferred into the estate from accounts of defendant Chapnick, Smukler & Chapnick, Inc.
25  ("CSC"): (a) Receiver's fees incurred for the services of the Receiver's deputy Flora Jen only for
26  the Expense Period in the amount of $8,984.70; and (b) 1% of the fees and costs incurred for the
27  services of the Receiver, less the fees incurred for Flora Jen's time and the expenses incurred to the
28  Receiver's accountants for tax preparation ($610.74), and for the services of the Receiver's lead

and local counsel for the entire Expense Period ($653.58), for a total allocation to CSC of $10,249.02; and (b) all remaining Receiver's fees and expenses and fees and expenses of the Receiver's counsel approved and authorized to be paid pursuant to this Order shall be allocated to and paid from all other funds of the receivership estate other than funds transferred into the estate by CSC; and

        C.      Notice of the Fee Motion is hereby deemed to be sufficient under Local Civil Rule 66-5 based on the Receiver's service of the Notice of Filing of the Fee Motion and the Fee Motion on all parties and service of the Notice of Filing of the Fee Motion on all known non-consumer creditors of the estate concurrent with the filing of the Fee Motion with the Court.

Dated: December 1, 2015.

_____
RICHARD F. BOULWARE, II
United States District Court Judge

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

On October 23, 2015, I served the **[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL AND PAYMENT OF FEES AND EXPENSES OF THE RECEIVER AND ITS PROFESSIONALS FOR THE PERIOD FROM FEBRUARY 1, 2015 THROUGH AUGUST 31, 2015 AND FOR ORDER GRANTING LIMITED NOTICE UNDER LOCAL RULE 66-5** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on October 23, 2015, at Los Angeles, California.

                                          */s/ Christina O'Meara*
                                          Christina O'Meara

# SERVICE LIST

The following CM/ECF participants were served by electronic means on October 23, 2015:

- **Bryan C Altman**
  bryan@altmanlawgroup.net

- **Gary Owen Caris**
  gary.caris@dentons.com,chris.omeara@dentons.com,lesley.hawes@dentons.com

- **Melissa Dickey**
  mdickey@ftc.gov

- **Danielle Estrada**
  destrada@ftc.gov

- **Lesley Anne Hawes**
  lesley.hawes@dentons.com,gary.caris@dentons.com,chris.omeara@dentons.com

- **Randolph L. Howard**
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com

- **C. Stanley Hunterton**
  shunterton@huntertonlaw.com

- **Adam Pines**
  apines@manatt.com

- **Jeffrey S. Rugg**
  jrugg@bhfs.com,kmandall@bhfs.com

- **Shlomo S. Sherman**
  ssherman@klnevada.com,usdistrict@klnevada.com,mbarnes@klnevada.com

- **Shameka L. Walker**
  swalker@ftc.gov

- **Blaine T Welsh**
  Blaine.Welsh@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,jenni.vosburgh@usdoj.gov

The following non-CM/ECF participants were served by first-class mail, postage prepaid on October 23, 2015:

**PARTY IN INTEREST**

Eve Lee, CPA
Board of Equalization
Legal Division-Special Operations
450 N. Street, MIC 55
Sacramento, CA  95814

USW 805309969.2                               5