**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Civil Action No. 2:14-cv-01649-RFB-GWF |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR A STAY OF PROCEEDINGS FOR 90 DAYS AS TO THE MILLER DEFENDANTS PENDING COMPLETION OF PROPOSED SETTLEMENT** |
| HEALTH FORMULAS, LLC, *et al.*, | |
| Defendants. | |

Having considered the stipulated joint motion for stay of proceeding for 90 days as to Defendants Jason Miller; Danelle Miller; 458 Media LLC; Alpha Brands, LLC; Barrel Roll, LLC; Blu Stella, LLC; Brilliant Skin LLC; BSC Marketing, LLC; Cherry Hill Marketing, LLC; CSA Ventures, LLC; Diet Concepts, LLC; Discount Provisions L.L.C.; DJD Distribution, LLC; Extamax, LLC; F12 Media LLC; Flex Formulas, LLC; GCB Marketing LLC; Health Formulas, LLC; Health Products Direct LLC; KMS Marketing LLC; Longhorn Marketing, LLC; Luminous Skin LLC; MDCC, LLC; Men's Health Formulas, LLC; Metabolic Labs, LLC; Method Direct, LLC; Method Films, Inc.; Miracle Male, LLC; Moringa Marketing LLC; Natural Products Direct LLC; Northbound Marketing LLC; Northern Health Products LLC; Pure and Natural Health Products LLC; Pure and Simple Health Products LLC; Pure Vitamins, LLC; Radiant Skin LLC; Shimmering Skin LLC; Skinny 7 LLC; Tindy Films LLC; Weight Loss Dojo, LLC; Wellness Labs, LLC; Wellness Products, LLC; VIP Savings, LLC; and Yacon Marketing LLC (together "the Miller Defendants") and any response and reply filed thereto, it is hereby

**ORDERED** that the stipulated joint motion is hereby **GRANTED**; and it is further

**ORDERED** that all proceedings in the case are hereby stayed for 90 days from the date of the entry of this Order, except that all deadlines related to the Stipulated Order for Permanent Injunction and Monetary Judgment Regarding Defendants Chapnick, Smukler & Chapnick, Inc., Brandon Chapnick, and Keith Smukler shall remain in effect (D.E. 195); and it is further

**ORDERED** that if the parties are unable to submit proposed final orders as to the Miller Defendants by the end of the 90-day stay period, the FTC shall file a report informing the Court of the status no later than the termination of the stay.

**IT IS FURTHER ORDERED** that Plaintiff and/or Defendants "The Miller" shall have until June 7, 2016 to file either (1) a stipulation of dismissal resolving this action as between them or (2) a status report. All pending deadlines and filing requirements as to these Defendants are stayed until June 7, 2016.

**IT IS FURTHER ORDERED** that [174] Motion to Compel and [175] Motion to Compel are DENIED WITHOUT PREJUDICE. If the parties fail to submit a proposed final order after 90 days, the FTC may renew these motions.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 8th day of March, 2016.