SHLOMO S. SHERMAN (NV SBN 009688)
  ssherman@klnevada.com
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, NV  89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

GARY OWEN CARIS (CA SBN 088918)
  gcaris@diamondmccarthy.com
LESLEY ANNE HAWES (CA SBN 117101)
  lhawes@diamondmccarthy.com
DIAMOND McCARTHY LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
Telephone: (310) 651-2997
Facsimile: (424) 253-1101

Attorneys for Receiver
**ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>HEALTH FORMULAS, LLC, a California limited liability company, also doing business as SIMPLE PURE NUTRITION, et al.,<br><br>          Defendants. | Case No. 2:14-cv-01649-RFB-GWF<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR RECEIVER TO FILE FINAL REPORT AND ACCOUNTING AS TO MILLER RECEIVERSHIP ENTITIES AND GRANTING RELIEF FROM NOTICE UNDER LOCAL RULE 66-5  IN CONNECTION THEREWITH** |

        The matter of the Motion for Order Extending Deadline for Receiver to File Final Report and Accounting as to Miller Receivership Entities and Granting Relief from Notice under Local Rule 66-5 in Connection Therewith ("Extension Motion") filed by Robb Evans & Associates LLC ("Receiver"), initially appointed Temporary Receiver ("Receiver") in this action pursuant to the Court's Order Granting Ex Parte Motion for Temporary Restraining Order (#5) and Appointing

Receiver (#9) ("Temporary Restraining Order") issued October 9, 2014 (Doc. No. 12) and whose appointment was continued under the Stipulated Preliminary Injunction as to Defendants Chapnick, Smukler & Chapnick, Inc., Brandon Chapnick and Keith Smukler ("Stipulated Preliminary Injunction") issued November 17, 2014 (Doc. No. 61), the Court's Opinion and Order ("Miller Preliminary Injunction") issued May 6, 2015 (Doc. No. 149), and the Stipulated Final Order for Permanent Injunction as to Defendants Jason Miller, Danelle Miller, 458 Media LLC; *et al.* (Doc. No. 205) ("Miller Stipulated Final Order"), came on regularly for determination by the Court before the Honorable Richard F. Boulware II, United States District Judge presiding.  The Court, having reviewed and considered the Extension Motion and all pleadings filed in support thereof, response or opposition if any to the Extension Motion, and good cause appearing therefor,

IT IS ORDERED that the Extension Motion is granted and the deadline for the Receiver to file and serve its final report and accounting under Section XIII of the Miller Stipulated Final Order is hereby extended to and including ~~February 7, 2017.~~ March 20, 2017.

Dated: March 13, 2017.

_____
RICHARD F. BOULWARE II
United States District Judge

2277931 (5818-13)

2

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Clark County, Nevada.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 400 South Rampart Boulevard, Suite 400, Las Vegas, NV 89145.

On December 15, 2016, I served the **[PROPOSED] ORDER EXTENDING DEADLINE FOR RECEIVER TO FILE FINAL REPORT AND ACCOUNTING AS TO MILLER RECEIVERSHIP ENTITIES AND GRANTING RELIEF FROM NOTICE UNDER LOCAL RULE 66-5** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on December 15, 2016, at Las Vegas, Nevada.

_____ */s/ Cindy Kishi* _____

2277931 (5818-13)

1

**SERVICE LIST**

2    The following CM/ECF participants were served by electronic means on December 15,

3    2016:

4
- **Bryan C Altman**
5    bryan@altmanlawgroup.net
- **Gary Owen Caris**
6    gcaris@diamondmccarthy.com,vgarcia@diamondmccarthy.com
- **Melissa Dickey**
7    mdickey@ftc.gov
- **Danielle Estrada**
8    destrada@ftc.gov
- **Lesley Anne Hawes**
9    lhawes@diamondmccarthy.com,vgarcia@diamondmccarthy.com
10
- **Randolph L. Howard**
    rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com
11
- **Russell Marsh**
12    rmarsh@wswlawlv.com,debbie@wswlawlv.com
- **Adam Pines**
13    apines@manatt.com
- **Jeffrey S. Rugg**
14    jrugg@bhfs.com,kwiehl@bhfs.com,pkay@bhfs.com,mfetaz@bhfs.com
- **Shlomo S. Sherman**
15    ssherman@klnevada.com,usdistrict@klnevada.com,mbarnes@klnevada.com
16
- **Shameka L. Walker**
    swalker@ftc.gov
17
- **Blaine T Welsh**
18    Blaine.Welsh@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,jenni.vosburgh
    @usdoj.gov,CaseView.ECF@usdoj.gov

19

20    The following non-CM/ECF participants were served by first-class mail, postage prepaid

21    on December 15, 2016:

22    **PARTY IN INTEREST**
    Eve Lee, CPA
23    Board of Equalization
    Legal Division-Special Operations
24    450 N. Street, MIC 55
    Sacramento, CA  95814
25

26

27

28

4

2277931 (5818-13)